UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1( b)

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
MTGLQ Investors, LP

Order Filed on August 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Hineline, Eric

        Hineline, Patricia A.
    **Co-debtor**

Case No.: 14-31530
Chapter 13
Judge:   Christine M. Gravelle
Hearing Date: 8/15/2018

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>MTGLQ Investors, LP</u>, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

  **Land and premises commonly known as Lot , Block ,  19 Allen Street, Flemington NJ 08822**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Eric Hineline  
    Debtor

Case No. 14-31530-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 16, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.  
db         +Eric Hineline,    19 Allen Street,    Flemington, NJ 08822-1121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:

        Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
        Albert Russo    docs@russotrustee.com  
        Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
        Buffy L. Wilson    on behalf of Creditor    New Jersey Department of Environmental Protection and the Administrator of the New Jersey Spill Fund buffy.wilson@law.njoag.gov  
        Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kirsten B. Ennis    on behalf of Debtor Eric Hineline pacerecf@ennislegal.com, r53278@notify.bestcase.com  
        R. A. Lebron    on behalf of Creditor    PHH MORTGAGE CORPORATION, as servicer for HSBC BANK USA, N.A. bankruptcy@feinsuch.com  
        Rebecca Ann Solarz    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com  
        Thomas A. Waldman    on behalf of Creditor    Borough of Flemington twaldman@greenbaumlaw.com  
                                                                                                                            TOTAL: 9